# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KODI BEAR CONCEPTS, INC.,

        Plaintiff,

  vs.

RHK TOWN SQUARE, LLC,

        Defendant.

Case No.: 2:12-CV-01223-RCJ-PAL

**MINUTE ORDER**

September 17, 2012

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that oral argument on (Docket 8) set for Monday, November 26, 2012, is VACATED.

The court will issue a written order on the pleadings.

**IT IS SO ORDERED** this 17th day of September, 2012.

_____

ROBERT C. JONES
United States Chief District Judge