# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KODI BEAR CONCEPTS, INC., <br> Plaintiff, <br> vs. <br> RHK TOWN SQUARE, LLC, <br> Defendant. | Case No.: 2:12-CV-01223-RCJ-PAL <br><br> **MINUTE ORDER** <br><br> September 17, 2012 |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that oral argument on (Docket 8) set for Monday, November 26, 2012, is VACATED.

The court will issue a written order on the pleadings.

**IT IS SO ORDERED** this 17th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge